STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
candis_mitchell@fd.org

Counsel for Defendant Hong Lee Wong

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| United States of America, | No. cr12-578-SI (EL) |
|---|---|
| Plaintiff, | [Proposed] Order Amending Conditions of Pre-Trial Release |
| v. | |
| Hong Lee Wong, | |
| Defendant. | |

For the reasons stated in the Unopposed Motion to Amend the Conditions of Pre-Trial Release before the Court, there is good cause to amend Mr. Wong's conditions of release as follows:

1. Mr. Wong is permitted to travel from the Central District of California to destinations within the continental United States for the purpose of confirmed and verified employment travel provided he furnishes Pre-Trial Services a travel itinerary at least 48-hours in advance. Mr. Wong shall contact his Pre-Trial Services Officer to inform them upon return to the district.

All other conditions remain the same.

IT IS SO ORDERED

Dated: 2/4/13

Elizabeth D. Laporte
United States Magistrate Judge
Maria-Elena James

[Proposed] Order Modify Condition of Pre-Trial Release, cr12-578-SI      1