Case3:12-cr-00578-SI   Document109-4   Filed01/08/14   Page1 of 1

1 STEVEN G. KALAR
Federal Public Defender
2 CANDIS MITCHELL
Assistant Federal Public Defender
3 450 Golden Gate Avenue
San Francisco, CA 94102
4 Telephone: (415) 436-7700
Facsimile: (415) 436-7706
5 candis_mitchell@fd.org

6 Counsel for Defendant Hong Lee WONG

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 UNITED STATES OF AMERICA,              No. CR 12-00578 SI

13                Plaintiff,

14 v.                                     [PROPOSED] ORDER UNDER 18
                                          U.S.C. § 4285
15 HONG LEE WONG,

16                Defendant.

17

18

19      Good cause appearing pursuant to 18 U.S.C. § 4285, IT IS HEREBY ORDERED THAT

20 the United States Marshal arrange round-trip, non-custodial transportation, lodging and per diem

21 for defendant Hong Lee Wong so that he may make his required court appearances before the

22 United States District Court for the Northern District of California, San Francisco Division, on

23 January 14, 2014, at 1:30 p.m. and again for his trial on January 21-23; January 27-28; and

24 February 3-4, 2014, at 8:30 a.m., in connection with the above-captioned matter.

25

26 DATED: Jan 13, 2014

27                                        SUSAN ILLSTON
                                          United States District Judge

28

                                          Elizabeth D. Laporte
Order, CR12-00578 SI                    [1] United States Magistrate Judge