# CRIMINAL TRIAL MINUTES
## NORTHERN DISTRICT OF CALIFORNIA

Date: **1/28/14**

**The Honorable SUSAN ILLSTON**

**Clerk:** Tracy Kasamoto        **Court Reporter:** Debra Pas


Case No. **CR-12-0578 SI**    Case Name: **USA v. DUONG AND WONG**

Voir Dire Began 1/21/14    Trial Began 1/21/14

Further Trial 1/29/14    Trial Ended

**Trial Motions Heard**:                                              **Disposition**

1.

2.

3.

**Trial Witnesses/Other:**
Testimony provided by: 1) Edward Quatrevaux, 2) Joseph Lin, 3) Brian Folsom, 4) Malissa Leonard, 5) Kenneth M. Richardson, 6) Timothy Fanto, 7) Cynthia Brawley, 8) Keefe Roberts. 9) Christopher Burns

**Verdict:**


**Sentencing Date:**

**Disposition of Exhibits**:


5/10